IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MTEKVISION AMERICA, INC.,<br><br>Defendant.<br>                                                                     / | No. C 10-80124 WHA<br><br>**ORDER SETTING HEARING ON KODAK'S MOTION TO COMPEL DISCOVERY FROM MTEKVISION AMERICA, INC.** |

Pursuant to Rule 45(c)(2)(B), Eastman Kodak Company moves to compel MtekVision America, Inc. to produce documents and a witness to testify pursuant to subpoena in a case pending the United States District Court for the Northern District of America. An application for an order to compel discovery from a non-party must be made in the district where the discovery is or will be taken and MtekVision America, Inc. is located in San Jose, California which is in the Northern District of California.

Defendant MtekVision shall respond to the motion to compel no later than **NOON ON JUNE 24, 2010.** A hearing on the motion shall be held on **JULY 6, 2010, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE