IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MTEKVISION AMERICA, INC.,<br><br>    Defendant.<br>                                        / | No. C 10-80124 WHA<br><br>**FURTHER ORDER REGARDING KODAK'S MOTION TO COMPEL DISCOVERY FROM MTEKVISION AMERICA, INC.** |

        Pursuant to Rule 45(c)(2)(B), Eastman Kodak Company moves to compel MtekVision America, Inc. to produce documents and a witness to testify pursuant to subpoena in a case pending the United States District Court for the Northern District of America.

        Defendant MtekVision shall respond to the motion to compel no later than **NOON ON JULY 1, 2010.** A hearing on the motion shall be held on **JULY 6, 2010, AT 11:00 A.M.** Plaintiff shall file a proof of service of this order upon MtekVision no later than **NOON ON JUNE 28, 2010.**

**IT IS SO ORDERED.**

Dated: June 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE