United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTMAN KODAK COMPANY, | No. C 10-80124 WHA |
| Plaintiff, | |
| v. | **ORDER FOLLOWING EVIDENTIARY HEARING** |
| MTEKVISION AMERICA, INC., | |
| Defendant. | |

On July 9, 2010, an evidentiary hearing was held regarding whether MtekVision America possessed any documents responsive to Kodak's subpoena. A further hearing shall be held on **JULY 23, 2010, AT NOON**. Mr. Kim, president of MtekVision America, is ordered to attend this hearing, as is MtekVision's counsel Attorney Park. MtekVision America shall at that time produce any and all materials from its San Jose office that refer in any way to the MV9319 signal processor. All responsive electronic documents should be produced on a CD-ROM disc. Additionally, MtekVision America shall bring any computers containing responsive electronic documents to the hearing, where Kodak will be given the opportunity to examine them.

The parties are urged to resolve this discovery production between themselves. If

Kodak notifies the undersigned in advance of July 23 that the materials described above have been produced, the July 23 hearing may be vacated by further order.

**IT IS SO ORDERED.**

Dated: July 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE