IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MTEKVISION AMERICA, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | No. C 10-80124 WHA<br><br>**ORDER VACATING JULY 23 EVIDENTIARY HEARING** |

　　　　On July 9, 2010, an evidentiary hearing was held regarding whether MtekVision America possessed any documents responsive to Kodak's subpoena in this matter. A further hearing was scheduled for July 23 with the proviso that if Kodak notified the undersigned in advance of July 23 that the materials it sought had been produced, the July 23 hearing would be vacated by further order. Kodak has now submitted a notice that MtekVision has produced the materials. For good cause shown, the July 23 hearing is therefore **VACATED**.

　　　　**IT IS SO ORDERED.**

Dated: July 22, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE